against Rhinelander Waldo, as Police Commissioner, etc. E. M. Clancy, of New York City, for relator. T. Farley, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

---

PEOPLE ex rel. EVARTS et al. v. MUNICIPAL COURT, ETC., et al. (two cases). (Supreme Court, Appellate Division, First Department. June 5, 1914.) Proceedings by the People of the State of New York, on the relation of Allen W. Evarts and others, against the Municipal Court, etc., and others. No opinion. Motion granted. Settle order on notice. See, also, 147 N. Y. Supp. 615.

---

PEOPLE ex rel. GROSS, Appellant, v. HAYES, Warden, etc., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1914.) Proceeding by the People of the State of New York, on the relation of Rosie Gross, against Thomas Hayes, as Warden of the City Prison.

PER CURIAM. Order affirmed.

JENKS, P. J., dissents.

---

PEOPLE ex rel. JEMISON, Appellant, v. SCOTT et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Proceeding by the People of the State of New York, on the relation of George A. Jemison, against King Scott and others. No opinion. Order affirmed, with costs, upon the authority of the decision in People ex rel. Glennie M. Jimeson et al. v. Moses Shongo et al., infra, decided herewith.

---

PEOPLE ex rel. JIMESON et al., Appellants, v. SHONGO et al., Respondents. (Supreme Court, Appellate Division, Fourth Department, July 7, 1914.) Proceeding by the People of the State of New York, on the relation of Glennie M. Jimeson and others, against Moses Shongo and others. No opinion. Order affirmed, with costs, upon the opinion of Woodward, J., delivered at Special Term, 144 N. Y. Supp. 885.

---

PEOPLE ex rel. KOTSCHAU v. WALDO, Police Com'r. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Proceeding by the People of the State of New York, on the relation of Carl W. Kotschau, against Rhinelander Waldo, as Police Commissioner of the City of New York.

PER CURIAM. Determination annulled, with $50 costs and disbursements, and relator reinstated. In the opinion of this court the evidence against the relator, considered in the light of testimony produced by him from disinterested witnesses, and which remained uncontradicted in the case, failed to prove preponderantly a willful and conscious violation of duty by the relator.

148 N.Y.S.—72

PEOPLE ex rel. LAU, Relator, v. WALDO, Police Com'r, Respondent. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Proceeding by the People of the State of New York, on the relation of William Lau, against Rhinelander Waldo, as Police Commissioner of the City of New York. No opinion. Determination confirmed, and writ of certiorari quashed, with $50 costs and disbursements.

---

PEOPLE ex rel. NEW YORK MAIL & NEWSPAPER TRANSP. CO. v. STATE BOARD OF TAX COM'RS. (Supreme Court, Appellate Division, First Department. June 5, 1914.) Proceeding by the People of the State of New York, on the relation of the New York Mail & Newspaper Transportation Company, against the State Board of Tax Commissioners, in which the City of New York intervened. A. O. Townsend, of New York City, for appellant. C. A. Peters, of New York City, for defendant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. O'CONNOR v. McKAY, Police Com'r. (Supreme Court, Appellate Division, First Department. June 12, 1914.) Proceeding by the People of the State of New York, on the relation of Thomas F. O'Connor, against Douglas I. McKay, as Police Commissioner, etc. H. Crone, of New York City, for relator. E. C. Kindleberger, of New York City, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. REGAN v. HENNESSY et al. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Proceeding by the People of the State of New York, on the relation of Mary Regan, against Joseph P. Hennessy and others. No opinion. Motion for reargument denied, with $10 costs.

---

PEOPLE ex rel. SCHULTZE v. FEINBERG et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) Proceeding by the People of the State of New York, on the relation of Otto H. Schultze, against Israel L. Feinberg and others. No opinion. Application for writ of certiorari granted. Application for stay of execution pending certiorari denied. Settle order on notice. See, also, 147 N. Y. Supp. 1135.

---

PEOPLE ex rel. SIMMONS et al., Respondents, v. BARKER et al., Town Board, Appellants. (Supreme Court, Appellate Division, Fourth Department. July 7, 1914.) Proceeding by the People of the State of New York, on the relation of George C. Simmons and another, against Albert S. Barker and others, as members of the Town Board of Orwell, etc. No opinion. Order affirmed, with $10 costs and disbursements. For opinion below, see 84 Misc. Rep. 201, 146 N. Y. Supp. 919.

---

PEOPLE ex rel. SIMMONS et al., Respondents, v. DOWLING et al., Town Board, Appel-